1410

## RECONSIDERATION DOCKET

**97–1187. State v. Goodwin.**
Cuyahoga App. No. 68531. Reported at 84 Ohio St.3d 331, 703 N.E.2d 1251. On motion for reconsideration. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**97–2118. Case W. Res. Univ. v. Tracy.**
Board of Tax Appeals, No. 95–K–1280. Reported at 84 Ohio St.3d 316, 703 N.E.2d 1240. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**98–1978. State v. Wortham.**
Lucas App. No. L–98–1063. Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577. On motion for reconsideration. Motion denied.
RESNICK, J., not participating.

**98–2040. Rinicella v. Rubino.**
Cuyahoga App. No. 73105. Reported at 84 Ohio St.3d 1474, 704 N.E.2d 581. On motion for reconsideration. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**98–2078. A. Doe v. First Presbyterian Church (USA).**
Richland App. No. 97CA482. Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577. On motion for reconsideration. Motion denied.
DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

**98–2108. Prudential Ins. Co. of Am. v. Robinson.**
Stark App. No. 1998CA0150. Reported at 84 Ohio St.3d 1474, 704 N.E.2d 581. On motion for reconsideration. Motion denied.

**98–2113. State v. Bonnell.**
Cuyahoga App. Nos. 69835 and 73177. Reported at 84 Ohio St.3d 1469, 704 N.E.2d 578. On motion for reconsideration. Motion denied.

**98–2151. State v. Smith.**
Butler App. No. CA97–12–223. Reported at 84 Ohio St.3d 1469, 704 N.E.2d 578. On motion for reconsideration. Motion denied.

**98–2255. State v. Sherrills.**
Cuyahoga App. No. 53535. Reported at 84 Ohio St.3d 1471, 704 N.E.2d 579. On motion for reconsideration. Motion denied.

**98–2256. State v. Sherrills.**
Cuyahoga App. No. 61882. Reported at 84 Ohio St.3d 1471, 704 N.E.2d 579. On motion for reconsideration. Motion denied.